IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

KEENAN DEWAYNE MOORE                §

VS.                                 §        CIVIL ACTION NO. 9:20-CV-122

CHRISTINA M. NORRIS, *et al.*,      §

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Keenan Dewayne Moore, an inmate currently confined at the Eastham Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against multiple Defendants.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendation for the disposition of the case.

### Discussion

Plaintiff filed his Original Complaint on May 29, 2020 (doc. # 1). The undersigned entered an Order to Replead on March 17, 2022 (doc. # 43). Plaintiff filed an Amended Complaint on April 11, 2022, dismissing his claims against the following Defendants: Sergio M. Perez, Jr., Billy H. Jackson, Kelli Ward, Vickie Barrow, Doyle Davis, Dr. Lanette Linthicum, Deborah A. Phillips, Stephana Hughes, FNU Doe, Bryan Collier, and Bobby Lumpkin (doc. # 48). The Defendants have not been ordered to answer as this case is still under active screening. Plaintiff has an absolute right to voluntarily dismiss his claims pursuant to Federal Rule of Civil Procedure 41(a).

### Recommendation

Plaintiff's claims against Sergio M. Perez, Jr., Billy H. Jackson, Kelli Ward, Vickie Barrow, Doyle Davis, Dr. Lanette Linthicum, Deborah A. Phillips, Stephana Hughes, FNU Doe, Bryan Collier, and Bobby Lumpkin should be dismissed without prejudice pursuant to Federal Rule of Civil

Procedure 41(a).

<u>Objections</u>

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge.  28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts*, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error.  *Douglass v. United Servs. Auto. Assoc'n.*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 12th day of October, 2022.

_____
Zack Hawthorn
United States Magistrate Judge