| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

KEENAN DEWAYNE MOORE, §
　§
　　　Plaintiff, §
　§
versus § CIVIL ACTION NO. 9:20-CV-122
　§
CHRISTINA M. NORRIS, et al., §
　§
　　　Defendants. §

MEMORANDUM ORDER ADOPTING THE
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Keenan Dewayne Moore, proceeding *pro se* and *in forma pauperis*, filed this lawsuit against multiple defendants alleging civil rights violations under 42 U.S.C. § 1983. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On October 12, 2022, the magistrate judge entered a Report and Recommendation (#50) granting Plaintiff's motion to voluntarily dismiss his claims against Defendants Sergio M. Perez, Jr., Billy H. Jackson, Kelli Ward, Vickie Barrow, Doyle Davis, Dr. Lanette Linthicum, Deborah A. Phillips, Stephana Hughes, FNU Doe, Bryan Collier, and Bobby Lumpkin (#48). To date, Plaintiff has not filed objections to the report.[1]

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

[1] Plaintiff received a copy of the Report and Recommendation on October 20, 2022 (#51).

Accordingly, the Report and Recommendation of the United States Magistrate judge (#50) is **ADOPTED**. A Partial Judgment will be entered in accordance with the recommendations of the magistrate judge.

**Signed this date**
Apr 12, 2023

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE