| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

KEENAN DEWAYNE MOORE, §
　　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 9:20-CV-122
　　　　　　　　　　　　　　　　§
CHRISTINA M. NORRIS, *et al.*, §
　　　　　　　　　　　　　　　　§
　　　　Defendants. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

　　Plaintiff, Keenan Dewayne Moore, an inmate currently confined at the Wainwright unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against numerous defendants. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On January 29, 2024, the magistrate judge entered a Report and Recommendation (#73) in which he recommended dismissing Plaintiff's claims for lack of subject matter jurisdiction and for failure to state a claim and as frivolous. To date, Plaintiff has not filed objections to the report.[1]

　　The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

[1] 　　Plaintiff received a copy of the Report and Recommendation on February 9, 2024 (#74).

Accordingly, the Report and Recommendation of the United States Magistrate judge (#73) is **ADOPTED**.  This case is **DISMISSED** for lack of subject matter jurisdiction and for failure to state a claim and as frivolous.  A final judgment will be entered by separate order.

SIGNED at Beaumont, Texas, this 28th day of February, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE