| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

KEENAN DEWAYNE MOORE, §
　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
versus § CIVIL ACTION NO. 9:20-CV-122
　　　　　　　　　　　　　　　§
CHRISTINA M. NORRIS, *et al.*, §
　　　　　　　　　　　　　　　§
　　　　　Defendants. §

## ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Keenan Dewayne Moore, a prisoner confined at the Wainwright Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Christina M. Norris, Kevin Scott, P. Gajan, Tracey B. Moye, and Myra Walker.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the action for lack of subject matter jurisdiction and for failure to state a claim.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes

the objections are without merit. Plaintiff contends that the manner in which his grievances were handled was retaliatory, but he fails to allege direct evidence of a retaliatory motive or a chronology of events from which a retaliatory motive could be inferred. Plaintiff also alleges that Melinda Duff filed a disciplinary action against him in retaliation for Plaintiff filing grievances against her. Plaintiff raised that claim in cause number 9:20-CV-92, which is still pending before the court.

## ORDER

Accordingly, Plaintiff's objections (#77) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#73) is **ADOPTED**. A final judgment will be entered in accordance with this order.

SIGNED at Beaumont, Texas, this 16th day of July, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE